**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 9, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-17-00212-CV

---

## D. PATRICK SMITHERMAN, Appellant

## V.

## JERRY BRICE, Appellee

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1087682**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 16, 2017. On September 25, 2018, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Busby and Wise.